AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

71/260

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA

v.

Antwan Silvers

**FILED**
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER : P0545528 & P0948530

**07-488-M-01**

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Antwan Silvers** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _x_Probation Violation Petition __Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Probation - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3565**

| Kathy Roberts | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Kathy Roberts | April 20, 2007 |
| | 401 Courthouse Square Alexandria, VA 22314 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $_____ by _____

| Date Received 10/03/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/03/07 | DUSM MICHAEL FREY | /s/ Michael Frey |

Prob 12

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

FILED
APR 2 0 2007
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Antwan Silvers         Docket No. P0545528 and P0545530

### Petition on Probation

COMES NOW, Jeffrey M. Smihal, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Antwan Silvers, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr., sitting in the Court at Alexandria, Virginia, on the 2nd day of November, 2006, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: No bond.**

### ORDER OF COURT

Considered and ordered this 26th day of April, 2007 and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-18-07

_____
Jeffrey M. Smihal
U.S. Probation Officer

Place Fredericksburg, Virginia

**TO CLERK'S OFFICE**

c/s

Petition on Probation
Page 3
RE: SILVERS, Antwan

OFFENSE: Count P0545528: Driving While Intoxicated, in violation of Title 36, C.F.R., Section 4.23(a)(2); and Count P0545530: Operating After Suspension, in violation of Code of Virginia 46.2-301.

SENTENCE: One year supervised probation with following special conditions: 1) alcohol treatment; 2) driving restrictions; 3) not violate any traffic law; 4) 5 days jail; 5) pay monetary penalty within 90 days; 6) remanded to custody of USMS; and 7) substance abuse testing/treatment waived.

ADJUSTMENT TO SUPERVISION: As Mr. Silvers is a resident of Washington, D.C., his supervision was transferred to their office.

VIOLATIONS: The following violations were received from U.S. Probation Officer Grace C. Saunders of the District of Columbia and are submitted for the Court's consideration.

**SPECIAL CONDITION:**      **FAILURE TO SATISFACTORILY PARTICIPATE IN A ALCOHOL TREATMENT PROGRAM.**

Mr. Silvers has not enrolled in alcohol treatment, to Officer Saunder's knowledge and has not reported to the probation office to receive a referral.

**FAILURE TO PAY SPECIAL ASSESSMENT AND PROCESSING FEE WITHIN 90 DAYS AS DIRECTED BY THE COURT.**

A check with the Central Violations Bureau on April 18, 2007, revealed Mr. Silvers has not paid any money towards his monetary penalty.

**CONDITION 2:**      **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED.**

Despite instructions by Officer Saunders on January 2, 2007, via written notice, February 7, 2007, via telephone message, February 8, 2007, via written notice, February 9, 2007, via a note on the door following attempted home contact, February 23, 2007, via a note on the door following attempted home contact, February 26, 2007, via telephone contact with the offender's mother, and March 14, 2007, via telephone contact with offender's mother. Mr. Silvers failed to report to the probation office to be installed on supervision.

JMS/bjr
cc: SUSPO