Return Copy
Rev 1/07

NOV - 1

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

**FILED**

NOV 0 8 2007

Clerk, U.S. District and
Bankruptcy Courts

Date: 10/30/07

Address of Other Court:  USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314-5798

RE: CR 07-MJ-488 , USA , Antwan Silvers

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | |
|---|---|
| ☑ Docket Sheet | ☑ Warrant of Removal |
| ☐ Complaint | ☐ Order of Removal |
| ☐ Minute Order Appointing Counsel | ☐ Detention Order |
| ☐ Corporate Surety Bond | ☑ Waiver of Removal |
| ☐ Personal Surety Bond | |

☑ Other: Blotter filed on 10/03/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk